Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 19−17831−JNP
          Chapter: 13
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myra D Robinson
   aka Myra D Shaw
   85 Cohansey Rd
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−9514

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/19/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 19, 2019
JAN: dac

                                                                                          Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Myra D Robinson  
    Debtor

Case No. 19-17831-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 19, 2019  
                   Form ID: 148     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.

```
db             Myra D Robinson,    85 Cohansey Rd,    Bridgeton, NJ  08302
cr            +City of Bridgeton,    c/o Bertram Law Office, L.L.C.,    56 Fayette Street,
                Bridgeton, NJ 08302-2425
518189324    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court:   Caine & Weiner,     PO Box 55848,    Sherman Oaks, CA 91413)
518189326    +City of Bridgeton,    181 E Commerce St,    Bridgeton, New Jersey 08302-2623
518219023    +Credit Acceptance,    25505 West 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
518189332    +GO Financial,    POB 52526,    Phoenix, AZ 85072-2526
518189331    +Geico Payment Company,    PO Box 55126,    Boston, MA 02205-5126
518189333    +Inspira Medical Network,    PO Box 48274,    Newark, NJ 07101-8474
518264310    +Lakeview Loan Servicing, LLC.,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518189335    +Lakeview Loan c/o KLM Law,    216 Haddon Ave #406,    Westmont, NJ 08108-2812
518189338    +Northland Group,    PO Box 129,    Thorofare, NJ 08086-0129
518189339    +Receivables Outsourcing, Inc.,    PO Box 62850,    Baltimore, MD 21264-2850
518250686   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
             (address filed with court:   State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518189340    +Salem County Board of Social Services,    147 S. Virginia Ave.,    Penns Grove, NJ 08069-1797
518189342    +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518189343    +State of New Jersey,    Gross Income Tax, PO Box 046,    Trenton, New Jersey 08601-0046
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 00:18:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 00:18:09      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518189323    +E-mail/Text: bankruptcy@pepcoholdings.com Jun 20 2019 00:17:44      Atlantic City Electric,
                PO Box 13610,    Philadelphia, PA 19101-3610
518207069    +E-mail/Text: bankruptcy@pepcoholdings.com Jun 20 2019 00:17:44
                Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
                Carneys Point, NJ 08069-3600
518189327    +EDI: ESSL.COM Jun 20 2019 03:53:00      Dish Network,    Dept. 0063,    Palatine, IL 60055-0001
518189328    +E-mail/Text: bankruptcy@fncbinc.com Jun 20 2019 00:15:37
                First National Collection Bureau, Inc.,    610 Waltham Way,    Spark, NV 89437-6695
518189329    +EDI: AMINFOFP.COM Jun 20 2019 03:53:00      First Premier Bank,    PO Box 5529,
                Sioux Falls, SD 57117-5529
518189330    +E-mail/Text: bankruptcy@fult.com Jun 20 2019 00:18:55      Fulton Bank,
                125 Salem Woodstown Rd.,    Salem, NJ 08079-2022
518189334    +EDI: IRS.COM Jun 20 2019 03:53:00      IRS,    P O Box 7346,
                Philadelphia, Pennsylvania 19101-7346
518305334      E-mail/Text: camanagement@mtb.com Jun 20 2019 00:17:50      M&T BANK,    PO BOX 840,
                Buffalo, NY 14240
518189336      E-mail/Text: camanagement@mtb.com Jun 20 2019 00:17:50      M+T Bank,    POB 62182,
                Baltimore, MD 21264
518189337    +E-mail/Text: kmorgan@morganlaw.com Jun 20 2019 00:18:42      Morgan, Bornstein & Morgan,
                1236 Brace Rd. Suite K,    Cherry Hill, NJ 08034-3229
518267666    +EDI: JEFFERSONCAP.COM Jun 20 2019 03:53:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518189341    +EDI: DRIV.COM Jun 20 2019 03:53:00      Santander Consumer USA,    PO Box 961245,
                Fort Worth, TX 76161-0244
518189344    +E-mail/Text: bankruptcydepartment@tsico.com Jun 20 2019 00:18:40      Transworld Systems Inc.,
                PO Box 17205,    Wilmington, DE 19850-7205
518303513    +EDI: AIS.COM Jun 20 2019 03:53:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518189345    +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 20 2019 00:18:10      Westlake Financial,
                POB 76809,    Los Angeles, CA 90076-0809
                                                                                              TOTAL: 17
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518189325    ##+California Recovery Bureau,    135 Vallecito De Oro #G,    San Marcos, CA 92069-1461
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jun 19, 2019
                              Form ID: 148             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:

```
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Lakeview Loan Servicing, LLC.
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca J. Bertram    on behalf of Creditor    City of Bridgeton rebeccajbertram@gmail.com
              Terry Tucker    on behalf of Debtor Myra D Robinson terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```